JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERO ANGUIANO,<br><br>                    Petitioner<br><br>         v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Respondents. | Case No. 2:20-cv-07080-JFW (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  August 11, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE